**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MICHELLE R. RUSH,

                Plaintiff,                      23 **CIVIL** 2929 (RWL)

      -v-                                    **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 21, 2023, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York

      November 22, 2023

                                                                  **RUBY J. KRAJICK**
                                                                  **Clerk of Court**

                                      **BY:**   _____
                                                                     **Deputy Clerk**