```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHELLE R. RUSH,                                             :
                                                              :
                              Plaintiff,                      :    23-CV-2929 (RWL)
                                                              :
        - against -                                           :
                                                              :    ORDER
                                                              :
FRANK BISIGNANO, COMMISSIONER OF                              :
SOCIAL SECURITY,                                              :
                                                              :
                              Defendant.                      :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's Petition for and Award of Attorney Fees pursuant to Section 206(b)(1) of the Social Security Act is GRANTED.

The Court authorizes a payment to Hannalore B. Merritt, Esquire, in the amount of Forty Thousand Three Hundred Ninety Seven dollars and 25/100 ($40,397.25) in attorney's fees being withheld from Plaintiff's past-due benefits for court related services.

Upon receipt of this sum, counsel for Plaintiff shall remit Nine Thousand dollars ($9,000.00) directly to Plaintiff, representing the sum already paid to counsel on Plaintiff's behalf pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 19 and 24.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 19, 2025

New York, New York

Copies transmitted this date to all counsel of record.